IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WILLIAM GREGORY MURPHY, ) | C. A. No. 2:04-22356-DCN-RSC |
| Plaintiff, ) | |
| -versus- ) | **REPORT AND RECOMMENDATION** |
| DEPARTMENT OF HOMELAND ) SECURITY, DIRECTOR OF BORDER ) TRANSPORTATION SECURITY, ) BUREAU OF CUSTOMS AND ) PROTECTION, ) | |
| Defendants. ) | |

Based on the parties joint motion for voluntary dismissal pursuant to Rule 40 of Fed. R. Civ. P., it is recommended that the case be dismissed with prejudice and with each party to bear its own costs and fees.

Respectfully Submitted,

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

October 12, 2005